Case 2:08-cv-00315-CW   Document 439   Filed 02/20/26   PageID.11617   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY (1), UTAH a Utah political subdivision,<br><br>　　Plaintiff,<br><br>STATE OF UTAH,<br><br>　　Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and THE WILDERNESS SOCIETY,<br><br>　　Defendant-Intervenors. | **ORDER RE: MOTION FOR PARTIAL DECISION**<br><br>Case No. 2:08-cv-00315-CW<br><br>Judge Clark Waddoups |

　　This matter is before the court on a Motion for Partial Decision and a renewed Motion for Partial Decision filed by Plaintiff Kane County, Utah and Plaintiff-Intervenor the State of Utah (collectively "Plaintiffs"). Specifically, Plaintiffs "request the Court to enter its order deciding whether the Skutumpah Road Project is reasonable and necessary, and therefore within the scope of the R.S. 2477 right-of-way for the Skutumpah Road." Mot. of Partial Dec., at 1–2 (ECF No. 428). Plaintiffs contend the costs for the project continue to increase, so resolution of the issue is needed.

　　The United States asserts it would be more efficient for the court to decide "the entire case on remand," and that the entire case is ready for decision. The United States raises several issues

that need to be resolved and questions how a partial decision will advance the case. The United States is correct that there are multiple issues that need to be a resolved and a partial decision will not resolve all of them. There has been an unanticipated delay, however, in ruling on the case as a whole. Considering the case, the issues presented, and that a decision on the Skutumpah Road Project will help narrow down the issues that remain, the court concludes that rendering a partial decision is appropriate.

The court grants the Motion for Partial Decision (ECF No. 428) and the renewed Motion for Partial Decision (ECF No. 438). The court rules that the Skutumpah Road Project is reasonable and necessary and within the scope of Plaintiffs' R.S. 2477 right-of-way. Accordingly, Plaintiffs may proceed with the Project. Having granted the motions, the court will, within a reasonable time, issue a memorandum and ruling supporting this decision.

DATED this 20th day of February, 2026.

BY THE COURT:

_____
Clark Waddoups
United States District Judge