Hanna Larsen (Utah #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
hanna@suwa.org

*Attorney for Defendant-Intervenors*
*Southern Utah Wilderness Alliance and The Wilderness Society*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **KANE COUNTY, UTAH (1)**, a political subdivision,<br><br>Plaintiff,<br><br>and<br><br>**STATE OF UTAH**,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE** and **THE WILDERNESS SOCIETY**,<br><br>Defendant-Intervenors. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:08-cv-0315-CW<br><br>District Judge Clark Waddoups |

Notice is hereby given of the entry of the undersigned as counsel for Defendant-Intervenors Southern Utah Wilderness Alliance and The Wilderness Society in the above-titled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

Hanna Larsen
hanna@suwa.org
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111

DATED: October 15, 2026

Respectfully submitted,

*/s/ Hanna Larsen*
Hanna Larsen