IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH (1), a Utah political subdivision,<br><br>Plaintiff,<br><br>STATE OF UTAH,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and THE WILDERNESS SOCIETY,<br><br>Defendant-Intervenors. | **ORDER VACATING HEARING AND SETTING SCHEDULE**<br><br>Case No. 2:08-cv-0315-CW<br><br>Judge Clark Waddoups |

On October 16, 2026, the court scheduled oral argument to afford the parties an opportunity to address "the reasoning set forth in the . . . Tentative Memorandum Decision to the extent it informs future issues." Amended Notice of Hearing (ECF No. 444). The court also stated that "counsel should be prepared to discuss a date for closing argument during the week of December 7th, 2026, or the week of December 14th, 2026, for any other issues that remain on the second bench trial." *Id.*

The court has concluded it would be helpful for the parties to identify in writing any suggested corrections they may have to the court's Tentative Memorandum Decision. The court will then address the suggested corrections, if any, at the December hearing. The parties shall

submit their suggested corrections **on or before November 19, 2026**. Such memoranda shall be no longer than fifteen pages.

**On or before November 19, 2026**, the parties also shall inform the court of the proposed date(s) for a hearing in December 2026.

In light of the above, the court VACATES the hearing scheduled for November 5, 2026, at 2:00 p.m.

SO ORDERED this 4th day of November, 2026.

BY THE COURT:

Clark Waddoups
United States District Judge