HOLLAND & HART LLP
Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

---

**IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **KANE COUNTY'S RESPONSE REGARDING SKUTUMPAH ROAD DECSION**<br><br>Case No. 2:08-cv-00315-CW<br><br>Judge Clark Waddoups |

Plaintiff Kane County, Utah ("Kane County"), the operator of the Skutumpah Road, provides this response regarding the Court's Memorandum Decision and Order Re: Skutumpah Paving Project ("Decision), ECF 441. The Court directed the parties "to identify in writing any suggested corrections." Order, ECF 446.

Kane County appreciates the comprehensive detail and effort devoted by the Court in drafting the Decision. The Decision is a welcome addition to R.S. 2477 jurisprudence. Kane County does not request any additions or modifications and again thanks the Court.

DATED this 19th of November, 2026.

HOLLAND & HART LLP

/s/ Shawn T. Welch

Shawn T. Welch
Richard D. Flint
Sydney J. Sell
B. Ryder Seamons
*Attorneys for Plaintiff Kane County, Utah*

40261685_v1